PD-0422-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/5/2015 9:21:41 AM
Accepted 5/6/2015 10:43:35 AM
ABEL ACOSTA
CLERK



# DISTRICT ATTORNEY'S OFFICE
## 33ᴿᴰ & 424ᵀᴴ Judicial Districts
### COUNTIES OF
**BLANCO • BURNET • LLANO • SAN SABA**

# Wiley B. McAfee
**District Attorney**

August 01, 2013

FILED IN
COURT OF CRIMINAL APPEALS

May 6, 2015

Mr. Abel Acosta
Clerk of Court of Criminal Appeals
P. O. Box 12308, Capitol Station
Austin, TX 78711

ABEL ACOSTA, CLERK

Re:  Case No. PD-0422-15; Kevin Todd Hardin v. The State of Texas
Appeal from Cause No. 41725 in the 424th District Court of Burnet County
Court of Appeal #: 03-14-00236-CR

Dear Mr. Acosta:

Please accept this letter as our designation of Lead Counsel for the State of Texas, Appellee, in the above described case.  Lead Counsel for this case is:

Gary W. Bunyard
Assistant District Attorney
P.O. Box 725
Llano, TX 78643
(325) 247-5755 (voice)
(325) 247-5274 (fax)
g.bunyard@co.llano.tx.us
Texas State Bar No. 03353500

Sincerely,

Gary W. Bunyard
Assistant District Attorney

cc:  Kevin Todd Hardin
TDCJ #01920319
SID #03046239
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

**811 Berry Street • P.O. Box 725 • Llano, Texas 78643 • 325-247-5755 • Fax 325-247-5274**